v.

**The STATE of Texas, Appellee.**

**No. 28036.**

Court of Criminal Appeals of Texas.

Feb. 8, 1956.

**Melvin Lewis MINICA, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28031.**

Court of Criminal Appeals of Texas.

Feb. 8, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**628**

PER CURIAM.

Drunken driving is the offense; the punishment, a fine of $150 and thirty days' confinement in jail.

The record on appeal contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.